WAYEL A. MOUSTAFA *vs.* BOARD OF REGISTRATION IN MEDICINE. February 11, 1997. *Doctor,* License to practice medicine. *Board of Registration in Medicine.*

The plaintiff doctor appeals from a judgment entered by a single justice of this court denying the doctor's petition seeking reversal of a decision of the Board of Registration in Medicine (board) revoking his limited license to practice medicine in the Commonwealth. The board adopted a recommended decision of an administrative magistrate that the board met its burden of proving that the doctor had sexually abused a patient in her home, thus warranting imposition of discipline.

There was substantial evidence that supported the board's decision. The doctor challenges the credibility of the complaining patient, an issue for the administrative magistrate and not for this court. The single justice adequately dealt with the doctor's various contentions. There is no reason for this court to repeat his analysis.

*Judgment affirmed.*

*James F. McNiff, II*, for the plaintiff.

*Edward J. DeAngelo*, Assistant Attorney General, for the Board of Registration in Medicine.